| | | | | | IMAGE# 976953703 | COREY | | 6/06/2007 | LANE 1 |
|---|---|---|---|---|---|---|---|---|---|
| WBURGH AUTO AUCTION | | | | | | | | | |
| 00 DEALER DRIVE | | | | | 1FAFP34P13W280386 | 1522025 NY 6/01/2007 | 8/22/06 | Millie | 1014370 |
| WBURGH, NY 12550 | | | | | | | | | |
| (845) 567-8400 FAX(845) 567-8586 | | | | | | | | | |
| A.INFO@COX.COM | | | | | VIN | TITLE NO./STATE | | INVOICE NO. | |

| EAR | MAKE | MODEL/SUB SERIES | BODY | COLOR | ENG | INT | INT | R | TRN | PS | PB | AC | EW | ES | TOP | CC | EL | 4X | TL | SRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | FORD | FOCUS SE | 4DSN | RED | 4G | GRY | C | C | A | X | X | X | X | | HT | | X | | | D |

1-MV50

IN COND:
INS,DRIVES/ AS IS/SALVAGE
NO ARB      IN INV BIN

NOTES:
SALVAGE TITLE (AC)
REBUILT (AC)

Ramroop, Neema
1210 Webster S.
Schenectady NY 12

| RED | :AS IS | YELLOW:CAUTION | | PSI FULL | PSI MECH | PSI FRAME | G | DEP TYPE | IF | CLERK 1s |
|---|---|---|---|---|---|---|---|---|---|---|

, OR WE BY USE OF OUR PLATE OR AUTHORIZED SIGNATURE, HEREBY AGREE TO PAY
THE INDICATED SALE PRICE FOR THE VEHICLE DESCRIBED IN THIS VOUCHER, UNDER
THE TERMS AND RULES OF THE ABOVE NAMED AUCTION AND SUBJECT TO
AGREEMENT ON REVERSE SIDE.

BANK AUCTION(NWE)
984081    1      745
JVL AUTO SALES
853 FLATBUSH AVE

KINGSTON, NY   12401
(845) 383-0109

JAMES V. LAVOLPE
*** Title to MAFS Department *

X
PRINTED PURCHASER'S NAME (BUYER)

X
PURCHASER'S SIGNATURE (BUYER)
PURCHASER MUST RETURN SIGNED COPY OF ODOMETER DISCLOSURE STATEMENT (FRONT &
BACK OF TITLE IF MADE ON TITLE) TO TRANSFEROR (SELLER) OR BE SUBJECT TO CIVIL &
CRIMINAL PENALTIES, INCLUDING FINES AND JAIL. Truth in Mileage Act of 1986; 48 C.F.R. 580.5(f).

AUCTION ASSUMES NO RESPONSIBILITY NOR GUARANTEES
THE ACCURACY OF THE ODOMETER READING
**DOCUMENT NOT VALID FOR EXPORT**

DEFENDANT'S EXHIBIT

Manheim
**NOT A RECEIPT OF PAYMENT**

SELLER:
5040528  1186949
METRO FORD SALES INC
3601 STATE STREET
SCHENECTADY, NY  12304
                          3470418

ODOMETER DISCLOSURE STATEMENT Section 580.5 Disclosure form
FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE
MILEAGE UPON TRANSFER OR OWNERSHIP. FAILURE TO COMPLETE OR
PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

☐ (1) I hereby certify to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage
-WARNING - ODOMETER DISCREPANCY

I, METRO FORD SALES INC
STATE THAT THE ODOMETER NOW READS
59968 DIG  MILES (NO TENTHS) AND TO THE BEST OF MY
KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE
DESCRIBED HEREIN, UNLESS NOTED DIFFERENTLY ABOVE.
For value received I hereby sell, assign or transfer the vehicle described on this document
to the purchaser named at left

X
TRANSFEROR'S SIGNATURE (SELLER)
X
PRINTED NAME OF (SIGNOR)

LICENSE NO.

BUYER PLEASE CHECK O
☐ CLEAN  ☐ ROUGH  ☐
(1)         (2)        (3)

**NOTICE:**
- Do not re-purchase or fina without certificate of title.
- Auction retains security int vehicle until good funds re

SELLING PRICE        $  1,4
BUYER'S FEE          $    1
                     $
BUYER'S ADJ 2        $
BUYER'S ADJ          $
                     $
                     $
                     $
                     $
BUY NET              $  1,5

THIS SALE IS SOLELY A TRANSACTION BETWEEN THE BUYING AND SELLING PARTIES. NO REPRESENTATION OF TITLE TO THIRD PARTIES IS MADE OR INTENDED. SUBJECT TO AGREEMENT ON REVERSE

SELLER and PURCHASER agree by their signatures on the face of this agreement to abide by all auction policies, which are incorporated herein, and all policy decisions of management.

PURCHASER and SELLER agree that this agreement shall be of the same force and effects as though personally signed by them even though it only contains their identification plate, or other auth signature.

Any adjustments or rejections must be made prior to settlement. The Vehicle must be paid for on day of purchase or this sale may be considered null and void at AUCTION's discretion.

SELLER and PURCHASER each agree that should any vehicle be left on AUCTION premises for a period in excess of six days, AUCTION may charge a reasonable daily storage fee of $10.00 per d

SELLER and PURCHASER agree that AUCTION and its affiliates retain the right to cease doing business with either of them as it sees fit, and that AUCTION is not a bailee.

**Title to the Vehicle does not pass to PURCHASER until good funds are received. PURCHASER grants AUCTION and its affiliates a security interest in the Vehicle to secure payment of the pu price and of any other debt owing from PURCHASER to the AUCTION or its affiliates.**

The PURCHASER agrees: to purchase this vehicle for the purchase price shown provided the vehicle is found to be as recommended; before settling for this vehicle; to check the serial and/or eng numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any, when offered for sale at this auction; not to res Vehicle until good funds have been transmitted to AUCTION; upon making settlement in cash or by check or draft in lieu of cash to consider the transaction a fully consummated cash transaction present consideration; that no stop payment of his check to this AUCTION shall be honored, **that any stop payment order of a check/draft or giving a check/draft which is returned unpaid shall deemed by the parties to be prima facie evidence of fraud existing at the time the transaction was consummated, and shall be construed by the parties as an intent to defraud in order to consummate the transaction;** and that AUCTION may deposit any check or draft immediately upon receiving it, regardless of whether the Vehicle's certificate of title has been submitted by the sel whether AUCTION has agreed to hold the check or draft pursuant to a float arrangement with the seller.

PURCHASER agrees to make any claim of defects with the car with SELLER, and immediately to notify AUCTION pursuant to its policies. PURCHASER agrees that it is responsible for its own transportation.

PURCHASER represents to AUCTION that it is solvent, and that the Vehicle is purchased solely for resale.

The SELLER covenants with the PURCHASER that he is the true and lawful owner of the described vehicle ("Vehicle"), that the same is free from all liens and encumbrances; that he has good righ full power to sell and transfer title to the same; and that he will warrant and defend the same against the lawful claims and demands of all persons whomsoever. If SELLER is a corporation, by the execution of the agreement, the officers of said corporation do hereby individually and personally guarantee performance of the corporation's warranties.

SELLER agrees that any amounts owing to AUCTION, MAFS, or other Manheim auctions may be deducted from the proceeds due SELLER, and that AUCTION may stop payment or refuse to autho payment on any check or draft to SELLER pursuant to this right of set-off.

SELLER agrees to be bound by the TERMS OF SALE and acknowledges responsibility for completion and execution of the required odometer mileage statement pertaining to the Vehicle described Upon payment to SELLER, AUCTION shall be subrogated to all of the SELLER's and PURCHASER's rights, and the SELLER and PURCHASER agree to do whatever is necessary to secure such righ do nothing to prejudice them.

### TITLE GUARANTEE

Upon payment of the purchase price and upon delivery of the title to the PURCHASER, AUCTION, in accordance with the following terms and conditions, GUARANTEES THE TITLE of the Vehicle to FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES at the time of the execution of this instrument and upon delivery of the title to the PURCHASER for a period of FOUR (4) YEARS from the sale as shown on face. This guaranty applies only to stolen vehicles and mortgage liens. The amount of the AUCTION's liability under this guaranty of title shall never exceed the sale price of the V and the maximum amount of the AUCTION's liability under this guaranty shall be reduced by deducting from said sale price 2% thereof on the first of each month following the date of this transac and all liability of the AUCTION will expire and terminate on the first day of the forty-eighth month after the date of this transaction.

The AUCTION's guarantee of title is expressly limited to the PURCHASER of the Vehicle, and said guarantee is not negotiable or transferable. This shall be void if the purchase price for the vehicle paid by the PURCHASER. This guarantee does not protect against defects in the title known to the PURCHASER whether or not listed as exceptions to the title on the reverse of this agreement.

Whenever any claim is made by any person against the title of the Vehicle, whether by suit or otherwise, the PURCHASER shall within five days after becoming aware of said claim notify the AUCT giving full particulars of the claim and shall cooperate fully in defending any legal action and in taking any other steps to minimize possible loss. Time is of the essence of this entire agreement an failure on the part of the PURCHASER to notify the AUCTION of any such claim shall void the AUCTION's liability under this guarantee. Likewise, failure of the PURCHASER to cooperate in defendi such claim shall relieve the AUCTION of liability under this guarantee.

The PURCHASER shall not surrender possession of the vehicle, except as required by legal process, to any such claimant, nor shall it voluntarily pay or acknowledge the validity of any such claim without the prior approval of the AUCTION.

On payment of any claim under this guarantee, the PURCHASER will execute all necessary papers subrogating its right to recover against the SELLER, or others, to the AUCTION.

### DISCLAIMERS and INDEMNIFICATION

SELLER and PURCHASER agree that AUCTION is neither responsible for odometer mileage on the consigned vehicles nor for the information contained in the odometer mileage statement which s as Transferor is required to complete and sign and PURCHASER as Transferee is required to acknowledge.

SELLER and PURCHASER agree that all representations concerning the Vehicle are solely the responsibility of the SELLER, whether made on the block, before the sale, on this agreement, or other and acknowledge and agree that AUCTION has made no representations whatsoever about the Vehicle.

AUCTION is merely performing an auction service, and expressly disclaims all express and/or implied warranties as to merchantability, fitness or any other matter whatsoever other than the title guarantee set forth above.

SELLER and PURCHASER agree to indemnify and hold AUCTION harmless from any liability, loss, costs, damage or expense, including attorney's fees which may arise either directly or indirectly f the sale and purchase of the Vehicle including, but not limited,...any matters relating to odometer mileage or odometer mileage statements.

If the AUCTION is required to make a claim as a result of this transaction against either SELLER or PURCHASER or an agent or employee of SELLER or PURCHASER or an insurance carrier insuri bonding SELLER and PURCHASER, then the AUCTION shall recover, in addition to the amount of the claim and the costs incurred in the claim, reasonable attorney's fees in an amount not less than 25% the amount of the claim, regardless of whether suit is filed, including appellate fees and costs. Interest shall accrue on the unpaid balance of any such claim at the rate of 1.5% per month.

The Vehicle is purchased for resale in the form of tangible personal property in the regular course of business and is the sort usually purchased by the PURCHASER for resale. In the event that the property is used for any purpose other than for resale, PURCHASER will pay direct to the proper taxing authorities such sale or use tax as may then be accrued and become payable. The PURCHA further certifies that he holds a retail sales tax registration certificate, license or other permit, issued by the sales tax authority of this state, and county.

AUCTION MANAGEMENT RESERVES THE RIGHT TO VOID A TRANSACTION

BURGH AUTO AUCTION
DEALER DRIVE
BURGH, NY 12550
(845) 567-8400 FAX (845) 567-8410
A.INFO@COX.COM

| VIN | TITLE NO. / STATE | INVOICE NO. |
|---|---|---|
| KNADC125556380235 | 944784G JM NJ 11/29/2007 TITLE REC'D X | 4024380 |

| AR | MAKE | MODEL/SUB SERIES | BODY | COLOR | ENG | INT | INT | R | TRN | PS | PB | AC | EW | ES | TOP | CC | EL | 4X | TL | SRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | KIA | RIO | 4DSN | SILVER | 4G | | | | | | | | | | | | | | | |

IN COND: Do Not Mail  1-MU50  1-FL REASSIGN  NOTES:

JENNELL HALL
33704 RPO WAY
NEW BRUNSWICK NJ

H

| GREEN | GUAR'TEE | | | PSI FULL | PSI MECH | PSI FRAME | | DEP TYPE | IF | CLERK ah. |

OR WE BY USE OF OUR PLATE OR AUTHORIZED SIGNATURE, HEREBY AGREE TO PAY THE INDICATED SALE PRICE FOR THE VEHICLE DESCRIBED IN THIS VOUCHER, UNDER THE TERMS AND RULES OF THE ABOVE NAMED AUCTION AND SUBJECT TO AGREEMENT ON REVERSE SIDE.

987071  1311612
BRASMERICA AUTO SALES INC
2308 FOWLER ST
FT MYERS, FL  33901
VI10115171

5097960  1  1058
TMS OF CARMEL INC
502 RT 52
CARMEL, NY  10512
(845) 228-2840

CONNIE HAXTON

PHOTO ID SCANNED

X _____
PRINTED PURCHASER'S NAME (BUYER)

X _____
PURCHASER'S SIGNATURE (BUYER)

PURCHASER MUST RETURN SIGNED COPY OF ODOMETER DISCLOSURE STATEMENT (FRONT & BACK OF TITLE IF MADE ON TITLE) TO TRANSFEROR (SELLER) OR BE SUBJECT TO CIVIL & CRIMINAL PENALTIES, INCLUDING FINES AND JAIL. Truth in Mileage Act of 1986; 48 C.F.R. 580.5(f).

AUCTION ASSUMES NO RESPONSIBILITY NOR GUARANTEES THE ACCURACY OF THE ODOMETER READING
**DOCUMENT NOT VALID FOR EXPORT**

Manheim
**NOT A RECEIPT OF PAYMENT**

LICENSE NO.

BUYER PLEASE CHECK ONE
☐ CLEAN  ☐ ROUGH  ☐
(1)      (2)      (3)

**NOTICE:**
- Do not re-purchase or fina without certificate of title.
- Auction retains security int vehicle until good funds re

ODOMETER DISCLOSURE STATEMENT Section 580.5 Disclosure form
FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

☐ (1) I hereby certify to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage
-WARNING - ODOMETER DISCREPANCY

BRASMERICA AUTO SALES INC

I, _____ STATE THAT THE ODOMETER NOW READS
61199 MILES (NO TENTHS) AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED HEREIN, UNLESS NOTED DIFFERENTLY ABOVE.

For value received I hereby sell, assign or transfer the vehicle described on this document to the purchaser named at left.

X _____
TRANSFEROR'S SIGNATURE (SELLER)

X _____
PRINTED NAME OF (SIGNOR)

SELLING PRICE         $ 3,5
BUYER'S FEE           $
                      $
BUYER'S ADJ 2         $
BUYER'S ADJ           $
                      $
                      $
                      $
                      $
BUY NET               $ 3,(

THIS SALE IS SOLELY A TRANSACTION BETWEEN THE BUYING AND SELLING PARTIES. NO REPRESENTATION OF TITLE TO THIRD PARTIES IS MADE OR INTENDED. SUBJECT TO AGREEMENT ON REVERS

SELLER and PURCHASER agree by their signatures on the face of this agreement to abide by all auction policies, which are incorporated herein, and all policy decisions of management.
PURCHASER and SELLER agree that this agreement shall be of the same force and effects as though personally signed by them even though it only contains their identification plate, or other aut signature.

Any adjustments or rejections must be made prior to settlement. The Vehicle must be paid for on day of purchase or this sale may be considered null and void at AUCTION's discretion.
SELLER and PURCHASER each agree that should any vehicle be left on AUCTION premises for a period in excess of six days, AUCTION may charge a reasonable daily storage fee of $10 per day
SELLER and PURCHASER agree that AUCTION and its affiliates retain the right to cease doing business with either of them as it sees fit, and that AUCTION is not a bailee.

Title to the Vehicle does not pass to PURCHASER until good funds are received. PURCHASER grants AUCTION and its affiliates a security interest in the Vehicle to secure payment of the purchase price and of any other debt owing from PURCHASER to the AUCTION or its affiliates. PURCHASER agrees AUCTION may re-sell Vehicle, if repossessed, at regular AUCTIC

The PURCHASER agrees: to purchase this vehicle for the purchase price shown provided the vehicle is found to be as recommended; before settling for this vehicle, to check the serial and/or eng numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any, when offered for sale at this auction; not to res Vehicle until good funds have been transmitted to AUCTION; upon making settlement in cash or by check or draft in lieu of cash to consider the transaction a fully consummated cash transactic present consideration; that no stop payment of his check to this AUCTION shall be honored, that any stop payment order of a check/draft or giving a check/draft which is returned unpaid sha deemed by the parties to be prima facie evidence of fraud existing at the time the transaction was consummated, and shall be construed by the parties as an intent to defraud in order to consummate the transaction; and that AUCTION may deposit any check or draft immediately upon receiving it, regardless of whether the Vehicle's certificate of title has been submitted by the se whether AUCTION has agreed to hold the check or draft pursuant to a float arrangement with the seller.

PURCHASER agrees to make any claim of defects with the car with SELLER, and immediately to notify AUCTION pursuant to its policies. PURCHASER agrees that it is responsible for its own transportation.

PURCHASER represents to AUCTION that it is solvent, and that the Vehicle is purchased solely for resale.

The SELLER covenants with the PURCHASER that he is the true and lawful owner of the described vehicle ("Vehicle"), that the same is free from all liens and encumbrances; that he has good rigl full power to sell and transfer title to the same; and that he will warrant and defend the same against the lawful claims and demands of all persons whomsoever. If SELLER is a corporation, by the execution of the agreement, the officers of said corporation do hereby individually and personally guarantee performance of the corporation's warranties.

SELLER agrees that any amounts owing to AUCTION, MAFS, or other Manheim auctions may be deducted from the proceeds due SELLER, and that AUCTION may stop payment or refuse to a payment on any check or draft to SELLER pursuant to this right of set-off.

SELLER agrees to be bound by the TERMS OF SALE and acknowledges responsibility for completion and execution of the required odometer mileage statement pertaining to the Vehicle describec Upon payment to SELLER, AUCTION shall be subrogated to all of the SELLER's and PURCHASER's rights, and the SELLER and PURCHASER agree to do whatever is necessary to secure such ti

### TITLE GUARANTEE

Upon payment of the purchase price and upon delivery of the title to the PURCHASER, AUCTION, in accordance with the following terms and conditions, GUARANTEES THE TITLE of the Vehicle t FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES at the time of the execution of this instrument and upon delivery of the title to the PURCHASER for a period of FOUR (4) YEARS from the sale as shown on face. This guaranty applies only to stolen vehicles and mortgage liens. The amount of the AUCTION's liability under this guaranty of title shall never exceed the sale price of the and the maximum amount of the AUCTION's liability under this guaranty shall be reduced by deducting from said sale price 2% thereof on the first of each month following the date of this transac and all liability of the AUCTION will expire and terminate on the first day of the forty-eighth month after the date of this transaction.

The AUCTION's guarantee of title is expressly limited to the PURCHASER of the Vehicle, and said guarantee is not negotiable or transferable. This shall be void if the purchase price for the vehicl paid by the PURCHASER. This guarantee does not protect against defects in the title known to the PURCHASER whether or not listed as exceptions to the title on the reverse of this agreement.

Whenever any claim is made by any person against the title of the Vehicle, whether by suit or otherwise, the PURCHASER shall within five days after becoming aware of said claim notify the AUC giving full particulars of the claim and shall cooperate fully in defending any legal action and in taking any other steps to minimize possible loss. Time is of the essence of this entire agreement an failure on the part of the PURCHASER to notify the AUCTION of any such claim shall void the AUCTION's liability under this guarantee. Likewise, failure of the PURCHASER to cooperate in defend such claim shall relieve the AUCTION of liability under this guarantee.

The PURCHASER shall not surrender possession of the vehicle, except as required by legal process, to any such claimant, nor shall it voluntarily pay or acknowledge the validity of any such claim, without the prior approval of the AUCTION.

On payment of any claim under this guarantee, the PURCHASER will execute all necessary papers subrogating its right to recover against the SELLER, or others, to the AUCTION.

### DISCLAIMERS and INDEMNIFICATION

SELLER and PURCHASER agree that AUCTION is neither responsible for odometer mileage on the consigned vehicles nor for the information contained in the odometer mileage statement which S as Transferor is required to complete and sign and PURCHASER as Transferee is required to acknowledge.

SELLER and PURCHASER agree that all representations concerning the Vehicle are solely the responsibility of the SELLER, whether made on the block, before the sale, on this agreement or othe and acknowledge and agree that AUCTION has made no representations whatsoever about the Vehicle.

AUCTION is merely performing an auction service, and expressly disclaims all express and/or implied warranties as to merchantability, fitness or any other matter whatsoever other than the title guarantee set forth above.

SELLER and PURCHASER agree to indemnify and hold AUCTION harmless from any liability, loss, costs, damage or expense, including attorney's fees which may arise either directly or indirectly the sale and purchase of the Vehicle including, but not limited, ... any matters relating to odometer mileage or odometer mileage statements.

If the AUCTION is required to make a claim as a result of this transaction against either SELLER or PURCHASER or an agent or employee of SELLER or PURCHASER or an insurance carrier insur bonding SELLER or PURCHASER, then the Auction shall recover, in addition to the amount of the claim and the costs incurred in the claim, reasonable attorney's fee in an amount not less than 25% the amount of the claim, regardless of whether suit is filed, including appellate fees and costs. Interest shall accrue on the unpaid balance of any such claim at the rate of 1.5% per month.

The Vehicle is purchased for resale in the form of tangible personal property in the regular course of business and is the sort usually purchased by the PURCHASER for resale. In the event that the property is used for any purpose other than for resale, PURCHASER will pay direct to the proper taxing authorities such sale or use tax as may then be accrued and become payable. The PURCHA further certifies that he holds a retail sales tax registration certificate, license or other permit, issued by the sales tax authority of this state, and county.

AUCTION MANAGEMENT RESERVES THE RIGHT TO VOID A TRANSACTION

# AUCTION COPY

**NEWBURGH AUTO AUCTION**
1000 DEALER DRIVE
NEWBURGH, NY 12550
(845) 567-8400 FAX (845) 567-8410
IAA, INFO@COX.COM

BID# 453
IMAGE# 976965820
2008-004-040501
NSARUBBE
15:17:31
1/23/2008
LANE 9

VIN: JN1DA31A03T409385
NY-T 3794531 L/R
12-11-07 MV-50
TITLE REC'D
INVOICE NO. 2667006

| YEAR | MAKE | MODEL/SUB SERIES | BODY | COLOR | ENG | INT | INT | R | TRN | PS | PB | AC | EW | ES | TOP | CC | EL | 4X | TL | SRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | NISSAN | MAXIMA GLE | 4DSN | GRAY | 6G | | | | | | | | | | | | | | | |

ANN COND:

NOTES: William T. Murphy
155 Concord Ave
White Plains NY
10606

| GREEN | GUAR'TEE | | | PSI FULL | PSI MECH | PSI FRAME | | DEP TYPE | CLERK CG |

I, OR WE BY USE OF OUR PLATE OR AUTHORIZED SIGNATURE, HEREBY AGREE TO PAY THE INDICATED SALE PRICE FOR THE VEHICLE DESCRIBED IN THIS VOUCHER, UNDER THE TERMS AND RULES OF THE ABOVE NAMED AUCTION AND SUBJECT TO AGREEMENT ON REVERSE SIDE.

**SELLER:**
5061602  3268768
DENOOYER CHEVROLET INC
127 WOLF ROAD
ALBANY, NY  12205
3010116

5069266   2   453
AL'S AUTO
371 DERBY AVE
WEST HAVEN, CT  06516
(203) 397-1918

ROBERT RUBBO

- PHOTO ID SCANNED

X _____
PRINTED PURCHASER'S NAME (BUYER)

X  RL Rubbo
PURCHASER'S SIGNATURE (BUYER)

PURCHASER MUST RETURN SIGNED COPY OF ODOMETER DISCLOSURE STATEMENT (FRONT & BACK OF TITLE IF MADE ON TITLE) TO TRANSFEROR (SELLER) OR BE SUBJECT TO CIVIL & CRIMINAL PENALTIES, INCLUDING FINES AND JAIL. Truth in Mileage Act of 1986; 48 C.F.R. 580.5(f).

AUCTION ASSUMES NO RESPONSIBILITY NOR GUARANTEES THE ACCURACY OF THE ODOMETER READING
**DOCUMENT NOT VALID FOR EXPORT**

**Manheim**
NOT A RECEIPT OF PAYMENT

**ODOMETER DISCLOSURE STATEMENT** Section 580.5 Disclosure form
FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

☐ (1) I hereby certify to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage
-WARNING - ODOMETER DISCREPANCY

DENOOYER CHEVROLET INC
I, _____ STATE THAT THE ODOMETER NOW READS
46809 DIG MILES (NO TENTHS) AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED HEREIN, UNLESS NOTED DIFFERENTLY ABOVE.

For value received I hereby sell, assign or transfer the vehicle described on this document to the purchaser named at left.

X _____
TRANSFEROR'S SIGNATURE (SELLER)

X _____
PRINTED NAME OF (SIGNOR)

LICENSE NO.

BUYER PLEASE CHECK ONE
☐ CLEAN   ☐ ROUGH   ☐
(1)         (2)         (3)

**NOTICE:**
- Do not re-purchase or finance without certificate of title.
- Auction retains security in vehicle until good funds received

SELLING PRICE      $ 10,
BUYER'S FEE        $
                   $
BUYER'S ADJ 2      $
BUYER'S ADJ        $
                   $
                   $
                   $
                   $
BUY NET            $ 10,

THIS SALE IS SOLELY A TRANSACTION BETWEEN THE BUYING AND SELLING PARTIES. NO REPRESENTATION OF TITLE TO THIRD PARTIES IS MADE OR INTENDED. SUBJECT TO AGREEMENT ON REVERSE

SELLER and PURCHASER agree by their signatures on the face of this agreement to abide by all auction policies, which are incorporated herein, and all policy decisions of management.

PURCHASER and SELLER agree that this agreement shall be of the same force and effects as though personally signed by them even though it only contains their identification plate, or other aut signature.

Any adjustments or rejections must be made prior to settlement. The Vehicle must be paid for on day of purchase or this sale may be considered null and void at AUCTION's discretion.

SELLER and PURCHASER each agree that should any vehicle be left on AUCTION premises for a period in excess of six days, AUCTION may charge a reasonable daily storage fee of $10 per day

SELLER and PURCHASER agree that AUCTION and its affiliates retain the right to cease doing business with either of them as it sees fit, and that AUCTION is not a bailee.

Title to the Vehicle does not pass to PURCHASER until good funds are received. PURCHASER grants AUCTION and its affiliates a security interest in the Vehicle to secure payment of the purchase price and of any other debt owing from PURCHASER to the AUCTION or its affiliates. PURCHASER agrees AUCTION may re-sell Vehicle, if repossessed, at regular AUCTIC

The PURCHASER agrees: to purchase this vehicle for the purchase price shown provided the vehicle is found to be as recommended; before settling for this vehicle, to check the serial and/or en numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any, when offered for sale at this auction; not to res Vehicle until good funds have been transmitted to AUCTION; upon making settlement in cash or by check or draft in lieu of cash to consider the transaction a fully consummated cash transactio present consideration; that no stop payment of his check to this AUCTION shall be honored, that any stop payment order of a check/draft or giving a check/draft which is returned unpaid sha deemed by the parties to be prima facie evidence of fraud existing at the time the transaction was consummated, and shall be construed by the parties as an intent to defraud in order to consummate the transaction; and that AUCTION may deposit any check or draft immediately upon receiving it, regardless of whether the Vehicle's certificate of title has been submitted by the se whether AUCTION has agreed to hold the check or draft pursuant to a float arrangement with the seller.

PURCHASER agrees to make any claim of defects with the car with SELLER, and immediately to notify AUCTION pursuant to its policies. PURCHASER agrees that it is responsible for its own transportation.

PURCHASER represents to AUCTION that it is solvent, and that the Vehicle is purchased solely for resale.

The SELLER covenants with the PURCHASER that he is the true and lawful owner of the described vehicle ("Vehicle"), that the same is free from all liens and encumbrances; that he has good righ full power to sell and transfer title to the same; and that he will warrant and defend the same against the lawful claims and demands of all persons whomsoever. If SELLER is a corporation, by the execution of the agreement, the officers of said corporation do hereby individually and personally guarantee performance of the corporation's warranties.

SELLER agrees that any amounts owing to AUCTION, MAFS, or other Manheim auctions may be deducted from the proceeds due SELLER, and that AUCTION may stop payment or refuse to at payment on any check or draft to SELLER pursuant to this right of set-off.

SELLER agrees to be bound by the TERMS OF SALE and acknowledges responsibility for completion and execution of the required odometer mileage statement pertaining to the Vehicle described Upon payment to SELLER, AUCTION shall be subrogated to all of the SELLER's and PURCHASER's rights, and the SELLER and PURCHASER agree to do whatever is necessary to secure such rig

## TITLE GUARANTEE

Upon payment of the purchase price and upon delivery of the title to the PURCHASER, AUCTION, in accordance with the following terms and conditions, GUARANTEES THE TITLE of the Vehicle t FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES at the time of the execution of this instrument and upon delivery of the title to the PURCHASER for a period of FOUR (4) YEARS from the sale as shown on face. This guaranty applies only to stolen vehicles and mortgage liens. The amount of the AUCTION's liability under this guaranty of title shall never exceed the sale price of the and the maximum amount of the AUCTION's liability under this guaranty shall be reduced by deducting from said sale price 2% thereof on the first of each month following the date of this transac and all liability of the AUCTION will expire and terminate on the first day of the forty-eighth month after the date of this transaction.

The AUCTION's guarantee of title is expressly limited to the PURCHASER of the Vehicle, and said guarantee is not negotiable or transferable. This shall be void if the purchase price for the vehic paid by the PURCHASER. This guarantee does not protect against defects in the title known to the PURCHASER whether or not listed as exceptions to the title on the reverse of this agreement.

Whenever any claim is made by any person against the title of the Vehicle, whether by suit or otherwise, the PURCHASER shall within five days after becoming aware of said claim notify the AUC giving full particulars of the claim and shall cooperate fully in defending any legal action and in taking any other steps to minimize possible loss. Time is of the essence of this entire agreement an failure on the part of the PURCHASER to notify the AUCTION of any such claim shall void the AUCTION's liability under this guarantee. Likewise, failure of the PURCHASER to cooperate in defend such claim shall relieve the AUCTION of liability under this guarantee.

The PURCHASER shall not surrender possession of the vehicle, except as required by legal process, to any such claimant, nor shall it voluntarily pay or acknowledge the validity of any such claim, without the prior approval of the AUCTION.

On payment of any claim under this guarantee, the PURCHASER will execute all necessary papers subrogating its right to recover against the SELLER, or others, to the AUCTION.

## DISCLAIMERS and INDEMNIFICATION

SELLER and PURCHASER agree that AUCTION is neither responsible for odometer mileage on the consigned vehicles nor for the information contained in the odometer mileage statement which S as Transferor is required to complete and sign and PURCHASER as Transferee is required to acknowledge.

SELLER and PURCHASER agree that all representations concerning the Vehicle are solely the responsibility of the SELLER, whether made on the block, before the sale, on this agreement, or othe and acknowledge and agree that AUCTION has made no representations whatsoever about the Vehicle.

AUCTION is merely performing an auction service, and expressly disclaims all express and/or implied warranties as to merchantability, fitness or any other matter whatsoever other than the title. guarantee set forth above.

SELLER and PURCHASER agree to indemnify and hold AUCTION harmless from any liability, loss, costs, damage or expense, including attorney's fees which may arise either directly or indirectly the sale and purchase of the Vehicle including, but not limited, . . . any matters relating to odometer mileage or odometer mileage statements.

If the AUCTION is required to make a claim as a result of this transaction against either SELLER or PURCHASER or an agent or employee of SELLER or PURCHASER or an insurance carrier insuri bonding SELLER or PURCHASER, then the Auction shall recover, in addition to the amount of the claim and the costs incurred in the claim, reasonable attorney's fee in an amount not less than 25% the amount of the claim, regardless of whether suit is filed, including appellate fees and costs. Interest shall accrue on the unpaid balance of any such claim at the rate of 1.5% per month.

The Vehicle is purchased for resale in the form of tangible personal property in the regular course of business and is the sort usually purchased by the PURCHASER for resale. In the event that the property is used for any purpose other than for resale, PURCHASER will pay direct to the proper taxing authorities such sale or use tax as may then be accrued and become payable. The PURCHA further certifies that it holds a retail sales tax registration certificate, license or other permit, issued by the sales tax authority of this state, and county.

AUCTION MANAGEMENT RESERVES THE RIGHT TO VOID A TRANSACTION

# AUCTION COPY

WBURGH AUTO AUCTION
00 DEALER DRIVE
WBURGH, NY 12550
(845) 567-8400 FAX(845) 567-8586
A.INFO@COX.COM

| BID# | 1103 | 2007-025-110501 | 10:04:38 | 11-0501 |
|---|---|---|---|---|
| | IMAGE# 976956717 | EMASSIMI | 6/20/2007 | LANE 11 |

VIN: YS3FH79Y346005242
TITLE NO./STATE: IN 0611547902 1 — TITLE REC'D X 1-28-06
INVOICE NO.: 122576

| EAR | MAKE | MODEL/SUB SERIES | BODY | COLOR | ENG | INT | INT | R | TRN | PS | PB | AC | EW | ES | TOP | CC | EL | 4X | TL | SRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | SAAB | 9-3 AERO | 2DCV | GREEN | 4GT | | | | | | | | | | | | | | | |

1- Inop Report
IN COND: Key
1-Q

NOTES:

GREEN : GUAR'TEE : : : : PSI FULL : PSI MECH : PSI FRAME : √ : DEP TYPE : IF : CLERK TLR

I OR WE BY USE OF OUR PLATE OR AUTHORIZED SIGNATURE, HEREBY AGREE TO PAY THE INDICATED SALE PRICE FOR THE VEHICLE DESCRIBED IN THIS VOUCHER, UNDER THE TERMS AND RULES OF THE ABOVE NAMED AUCTION AND SUBJECT TO AGREEMENT ON REVERSE SIDE.

5013970   1103
MCA AUTO SALES INC
790 W MERRICK RD
VALLEY STREAM, NY 11580
(516) 285-1905

AVEDIS NAKASHIAN

X
PRINTED PURCHASER'S NAME
X
PURCHASER'S SIGNATURE (BUYER)

PURCHASER MUST RETURN SIGNED COPY OF ODOMETER DISCLOSURE STATEMENT (FRONT & BACK OF TITLE IF MADE ON TITLE) TO TRANSFEROR (SELLER) OR BE SUBJECT TO CIVIL & CRIMINAL PENALTIES, INCLUDING FINES AND JAIL. Truth in Mileage Act of 1986; 48 C.F.R. 580.5(f).

ICTION ASSUMES NO RESPONSIBILITY NOR GUARANTEES
THE ACCURACY OF THE ODOMETER READING
**DOCUMENT NOT VALID FOR EXPORT**

**Manheim**
NOT A RECEIPT OF PAYMENT

SELLER:
5035157  3222994
LIA HYUNDIA
20 JENNINGS ROAD
HARTFORD, CT 06196
N2259

**ODOMETER DISCLOSURE STATEMENT** Section 580.5 Disclosure form
FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

☐ (1) I hereby certify to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage
-WARNING - ODOMETER DISCREPANCY

I, LIA HYUNDIA
48152 DIG D  STATE THAT THE ODOMETER NOW READS MILES (NO TENTHS) AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED HEREIN, UNLESS NOTED DIFFERENTLY ABOVE.

For value received I hereby sell, assign or transfer the vehicle described on this document to the purchaser named at left.

X
TRANSFEROR'S SIGNATURE (SELLER)
X
PRINTED NAME OF (SIGNOR)

LICENSE NO.

BUYER PLEASE CHECK ON
☐ CLEAN  ☐ ROUGH  ☐
(1)    (2)    (3)

**NOTICE:**
- Do not re-purchase or fina without certificate of title.
- Auction retains security in vehicle until good funds re

SELLING PRICE   $ 17,5
BUYER'S FEE    $ 
$
BUYER'S ADJ 2  $
BUYER'S ADJ    $
$
$
$
$
BUY NET        $ 17,7

THIS SALE IS SOLELY A TRANSACTION BETWEEN THE BUYING AND SELLING PARTIES. NO REPRESENTATION OF TITLE TO THIRD PARTIES IS MADE OR INTENDED, SUBJECT TO AGREEMENT ON REVERS

SELLER and PURCHASER agree by their signatures on the face of this agreement to abide by all auction policies, which are incorporated herein, and all policy decisions of management.
PURCHASER and SELLER agree that this agreement shall be of the same force and effects as though personally signed by them even though it only contains their identification plate, or other auth signature.

Any adjustments or rejections must be made prior to settlement. The Vehicle must be paid for on day of purchase or this sale may be considered null and void at AUCTION's discretion.
SELLER and PURCHASER each agree that should any vehicle be left on AUCTION premises for a period in excess of six days, AUCTION may charge a reasonable daily storage fee of $10 per day
SELLER and PURCHASER agree that AUCTION and its affiliates retain the right to cease doing business with either of them as it sees fit, and that AUCTION is not a bailee.

**Title to the Vehicle does not pass to PURCHASER until good funds are received. PURCHASER grants AUCTION and its affiliates a security interest in the Vehicle to secure payment of the purchase price and of any other debt owing from PURCHASER to the AUCTION or its affiliates. PURCHASER agrees AUCTION may re-sell Vehicle, if repossessed, at regular AUCTIC**

The PURCHASER agrees: to purchase this vehicle for the purchase price shown provided the vehicle is found to be as recommended; before settling for this vehicle, to check the serial and/or eng numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any, when offered for sale at this auction; not to res Vehicle until good funds have been transmitted to AUCTION; upon making settlement in cash or by check or draft in lieu of cash to consider the transaction a fully consummated cash transactic present consideration; that no stop payment of his check to this AUCTION shall be honored, **that any stop payment order of a check/draft or giving a check/draft which is returned unpaid shal deemed by the parties to be prima facie evidence of fraud existing at the time the transaction was consummated, and shall be construed by the parties as an intent to defraud in order to consummate the transaction;** and that AUCTION may deposit any check or draft immediately upon receiving it, regardless of whether the Vehicle's certificate of title has been submitted by the se whether AUCTION has agreed to hold the check or draft pursuant to a float arrangement with the seller.

PURCHASER agrees to make any claim of defects with the car with SELLER, and immediately to notify AUCTION pursuant to its policies. PURCHASER agrees that it is responsible for its own transportation.

PURCHASER represents to AUCTION that it is solvent, and that the Vehicle is purchased solely for resale.

The SELLER covenants with the PURCHASER that he is the true and lawful owner of the described vehicle ("Vehicle"), that the same is free from all liens and encumbrances; that he has good rigl full power to sell and transfer title to the same; and that he will warrant and defend the same against the lawful claims and demands of all persons whomsoever. If SELLER is a corporation, by the execution of the agreement, the officers of said corporation do hereby individually and personally guarantee performance of the corporation's warranties.

SELLER agrees that any amounts owing to AUCTION, MAFS, or other Manheim auctions may be deducted from the proceeds due SELLER, and that AUCTION may stop payment or refuse to au payment on any check or draft to SELLER pursuant to this right of set-off.

SELLER agrees to be bound by the TERMS OF SALE and acknowledges responsibility for completion and execution of the required odometer mileage statement pertaining to the Vehicle describec Upon payment to SELLER, AUCTION shall be subrogated to all of the SELLER's and PURCHASER's rights, and the SELLER and PURCHASER agree to do whatever is necessary to secure such ric

### TITLE GUARANTEE

Upon payment of the purchase price and upon delivery of the title to the PURCHASER, AUCTION, in accordance with the following terms and conditions, GUARANTEES THE TITLE of the Vehicle t FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES at the time of the execution of this instrument and upon delivery of the title to the PURCHASER for a period of FOUR (4) YEARS from the sale as shown on face. This guaranty applies only to stolen vehicles and mortgage liens. The amount of the AUCTION's liability under this guaranty of title shall never exceed the sale price of the \ and the maximum amount of the AUCTION's liability under this guaranty shall be reduced by deducting from said sale price 2% thereof on the first of each month following the date of this transac and all liability of the AUCTION will expire and terminate on the first day of the forty-eighth month after the date of this transaction.

The AUCTION's guarantee of title is expressly limited to the PURCHASER of the Vehicle, and said guarantee is not negotiable or transferable. This shall be void if the purchase price for the vehicl paid by the PURCHASER. This guarantee does not protect against defects in the title known to the PURCHASER whether or not listed as exceptions to the title on the reverse of this agreement. Whenever any claim is made by any person against the title of the Vehicle, whether by suit or otherwise, the PURCHASER shall within five days after becoming aware of said claim notify the AUC giving full particulars of the claim and shall cooperate fully in defending any legal action and in taking any other steps to minimize possible loss. Time is of the essence of this entire agreement an failure on the part of the PURCHASER to notify the AUCTION of any such claim shall void the AUCTION's liability under this guarantee. Likewise, failure of the PURCHASER to cooperate in defendi such claim shall relieve the AUCTION of liability under this guarantee.

The PURCHASER shall not surrender possession of the vehicle, except as required by legal process, to any such claimant, nor shall it voluntarily pay or acknowledge the validity of any such claim, without the prior approval of the AUCTION.

On payment of any claim under this guarantee, the PURCHASER will execute all necessary papers subrogating its right to recover against the SELLER, or others, to the AUCTION.

### DISCLAIMERS and INDEMNIFICATION

SELLER and PURCHASER agree that AUCTION is neither responsible for odometer mileage on the consigned vehicles nor for the information contained in the odometer mileage statement which S as Transferor is required to complete and sign and PURCHASER as Transferee is required to acknowledge.

SELLER and PURCHASER agree that all representations concerning the Vehicle are solely the responsibility of the SELLER, whether made on the block, before the sale, on this agreement, or othe and acknowledge and agree that AUCTION has made no representations whatsoever about the Vehicle.

AUCTION is merely performing an auction service, and expressly disclaims all express and/or implied warranties as to merchantability, fitness or any other matter whatsoever other than the title guarantee set forth above.

SELLER and PURCHASER agree to indemnify and hold AUCTION harmless from any liability, loss, costs, damage or expense, including attorney's fees which may arise either directly or indirectly the sale and purchase of the Vehicle including, but not limited.... any matters relating to odometer mileage or odometer mileage statements.

If the AUCTION is required to make a claim as a result of this transaction against either SELLER or PURCHASER or an agent or employee of SELLER or PURCHASER or an insurance carrier insuri bonding SELLER or PURCHASER, then the Auction shall recover, in addition to the amount of the claim and the costs incurred in the claim, reasonable attorney's fee in an amount not less than 25% the amount of the claim, regardless of whether suit is filed, including appellate fees and costs. Interest shall accrue on the unpaid balance of any such claim at the rate of 1.5% per month.

The Vehicle is purchased for resale in the form of tangible personal property in the regular course of business and is the sort usually purchased by the PURCHASER for resale. In the event that the property is used for any purpose other than for resale, PURCHASER will pay direct to the proper taxing authorities such sale or use tax as may then be accrued and become payable. The PURCHA further certifies that he holds a retail sales tax registration certificate, license or other permit, issued by the sales tax authority of this state, and county.

**AUCTION MANAGEMENT RESERVES THE RIGHT TO VOID A TRANSACTION**